ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| 1500 Wilson One, LLC and | ) | ASBCA No. 58790 |
|   1500 Wilson Two, LLC | ) | |
| | ) | |
| Under Contract No. DACA-31-5-95-158 | ) | |

APPEARANCE FOR THE APPELLANT:          Mr. Joseph D. Margolis
                                         Vice President

APPEARANCES FOR THE GOVERNMENT:     John S. Albanese, Esq.
                                         General Counsel
                                       Andrew Bramnick, Esq.
                                       Stephan Piel, Esq.
                                          Assistant General Counsel
                                       DoD Washington Headquarters Services &
                                            Pentagon Force Protection Agency
                                       Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 October 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58790, Appeal of 1500 Wilson One, LLC and 1500 Wilson Two, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals